FILED

JAN 14 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff - Appellant,<br>              Cross - Appellee,<br><br>    v.<br><br>BERNARD LENWOOD WAYBRIGHT,<br><br>              Defendant - Appellee,<br>              Cross - Appellant. | Nos. 08-30263, 08-30264<br><br>D.C. No. 9:08-cr-00016-DWM<br>District of Montana,<br>Missoula<br><br><br>ORDER |

The motions of plaintiff-appellant and defendant-appellee for voluntary dismissal of cross-appeal Nos. 08-30263 and 08-30264 are granted.  Appeal Nos. 08-30263 and 08-30264 are dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order served on the district court shall act as and for the mandate of this court for cross appeal Nos. 08-30263 and 08-30264.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: David J. Vignol
Deputy Clerk

DV/MOATT Direct Criminal